Case Number: CACE-21-007506 Division: 18
Filing # 124847800 E-Filed 04/13/2021 03:51:28 PM

IN THE CIRCUIT COURT OF 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NUMBER:

KIANA McCOY,

    Plaintiff,

vs.

TARGET CORPORATION,
a foreign business

    Defendant.
_____/

### COMPLAINT FOR DAMAGES

    COMES NOW the Plaintiff, KIANA McCOY, by and through her undersigned attorney and sues the Defendant, and allege as follows:

    1) This is an action for damages in excess of $30,000.00.

    2) At all times material hereto, Plaintiff, KIANA McCOY is a resident and citizen of Broward County, Florida, and is over the age of eighteen (18) years, and is otherwise sui juris.

    3) At all times material hereto, Defendant, **TARGET CORPORATION, a foreign business** is a corporation, duly authorized to do and doing business in the State of Florida.

    4) At all times material hereto, Defendant, **TARGET CORPORATION, a foreign business**, owned, controlled, possessed, and maintained the property located at 3200 N. Federal Highway, Ft. Lauderdale, FL 33306.

EXHIBIT A

5) At all times material hereto, Plaintiff, KIANA McCOY, was rightfully on the premises as an invitee.

6) On or about the 12th day of September, 2019, the Plaintiff, KIANA McCOY was at the **TARGET CORPORATION, a foreign business**, located at the above address. At said time and place, the Defendant, **TARGET CORPORATION, a foreign business** owed to the general public and to the Plaintiff, KIANA McCOY, in particular, the duty of keeping its premises in a reasonably safe condition so that persons such as Plaintiff, KIANA McCOY, would not be injured on said premises.

7) The Defendant, **TARGET CORPORATION, a foreign business**, breached its duty to the Plaintiff in the that the Defendant, its employees, servants or agents, while acting in the course and scope of their employment, created and/or allowed to be created a dangerous and defective condition, to wit; liquid substance on the floor, creating a dangerous slippery surface, which caused the Plaintiff, KIANA McCOY, to slip and fall, thereby injuring herself.

8) The Defendant, **TARGET CORPORATION, a foreign business**, knew or should have known of said dangerous and defective condition; and failed to warn the general public, or the Plaintiff, KIANA McCOY, in particular, of any danger or, in the alternative, the Defendant allowed said dangerous and defective condition to exist for a length of time sufficient in which a reasonable inspection would have disclosed such condition.

9)  As a direct and proximate result of the aforesaid negligence of Defendant, **TARGET CORPORATION, a foreign business,** Plaintiff, KIANA McCOY, was injured in and about **her** body and extremities, suffered pain and mental anguish therefrom, was required to and did receive medical care, treatment, and related expenses as a result of **her** injuries, suffered great pain and will continue permanently to suffer great pain, and has suffered and sustained permanent injury within a reasonable degree of medical probability and/or aggravated a pre-existing injury or condition thereto; and said injuries are either permanent or continuing in their nature, that **her** working ability was impaired and **she** suffered a resultant loss of earnings, and will suffer such losses and impairments in the future, as well as conditions not yet diagnosed; that all of said injuries were caused solely by the negligence and carelessness of the Defendant herein.

WHEREFORE, Plaintiff demands judgment for compensatory damages, costs against the Defendant and a trial by jury of all issues triable in this cause.

DATED this ___13___ day of ___April___, 2021.

>   EVAN R. KRAKOWER, P.A.
>   Attorney for the Plaintiff
>   10061 NW 1 Court
>   Plantation, FL 33324
>   PHONE: (954) 474-4244
>   FAX:   (954) 474-4245
>   E-service: EvanRKrakowerPA@yahoo.com
>
>   By: _____
>        EVAN R. KRAKOWER
>        FL BAR NO: 312894